UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                      Case No:   6:16-mc-40-Orl-41TBS

EMIE MARKETING, INC. and ERIC
LUCERO,

    Respondents.
_____

## ORDER

Today, the Court conducted a hearing in this case and now, after hearing from counsel for the parties and considering the matters of record, the Court **FINDS** and **ORDERS** that:

(1) The Court has jurisdiction over the subject matter of the case and the parties.

(2) Petitioner the United States of America caused subpoenas duce tecum to be served on Respondents EMIE Marketing, Inc. and Eric Lucero on April 21, 2015.

(3) Respondents have not objected to the subpoenas and the time within to do so has expired. Accordingly, Respondents have waived whatever objections they might otherwise have had to the subpoenas.

(4) Respondents have not complied with the subpoenas.

(5) Petitioner's motion to compel is **GRANTED**. Respondents shall fully comply with both subpoenas by 5:00 p.m. on October 17, 2016 unless Petitioner agrees in writing to extend this deadline.

(6) The Court is **CARRYING** its Order to Show Cause entered on August 1, 2016 for final resolution at a later date. The Court otherwise retains jurisdiction of this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
EMIE Marketing, Inc.
Eric Lucero